UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:97-CR-002- LDG-LRH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JACKIE D. SMITH ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#29) on January 26th, 1998. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $31,492.16

**Total Amount of Restitution ordered:** $31,492.16\*\*
\*\*Joint and Several with co-defendant Kathryn Smith

Dated this ___23___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE